# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALZHEIMER'S INSTITUTE OF AMERICA, INC.** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **AVID RADIOPHARMACEUTICALS, et al** | : : | **NO. 10-6908** |

## ORDER

**AND NOW**, this 31st day of August, 2011, upon consideration of Avid Radiopharmaceuticals' Motion for Summary Judgment That AIA Lacks Standing to Bring its Patent Infringement Suit (Document No. 57) and Alzheimer's Institute of America, Inc.'s Motion for Summary Judgment on Standing (Document No. 59), the responses to the motions, and after oral argument, it is **ORDERED** that the motions are **DENIED**.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.