# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVID RADIOPHARMACEUTICALS and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br> Defendants, <br><br> and <br><br> UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, <br><br> Intervenor. | Civil Action No. 2:10-cv-6908-TJS |

## DEFENDANTS AVID RADIOPHARMACEUTICALS' AND THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON INVENTORSHIP

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Avid Radiopharmaceuticals and The Trustees of the University of Pennsylvania hereby move this court for judgment as a matter of law that Dr. Hardy is a co-inventor on the patents in suit.

The motion is based on the supporting memorandum and the exhibits and testimony introduced at trial.

April 19, 2012                                                            Respectfully submitted,

| | |
|---|---|
| **WOODCOCK WASHBURN LLP** | **FINNEGAN, HENDERSON, FARABOW,  GARRETT & DUNNER, LLP** |
| By:  /s/ Joseph Lucci (with permission) | By:  /s/ L. Scott Burwell |
| Joseph Lucci<br>Jordan J. Oliver<br>WOODCOCK WASHBURN LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104-2891<br>Telephone:  215-568-3100<br>Facsimile: 215-568-3439<br>E-mail:  lucci@woodcock.com<br>joliver@woodcock.com<br><br>Attorneys for Defendant<br>The Trustees of the University of Pennsylvania | Charles E. Lipsey, *pro hac vice*<br>L. Scott Burwell, *pro hac vice*<br>FINNEGAN, HENDERSON,  FARABOW,<br> GARRETT & DUNNER, LLP<br>11955 Freedom Drive<br>Suite 800<br>Reston, VA 20190-5675<br>Telephone: 571-203-2700<br>Facsimile: 202-408-4400<br>E-Mail: charles.lipsey@finnegan.com<br>         scott.burwell@finnegan.com<br><br>Robert D. Bajefsky, *pro hac vice*<br>Laura P. Masurovsky, *pro hac vice*<br>Mark J. Feldstein, *pro hac vice*<br>Danielle A. Duszczyszyn, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW<br> GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413<br>Telephone: 202-408-4000<br>Facsimile: 202-408-4400<br>E-Mail: robert.bajefsky@finnegan.com<br>         laura.masurovsky@finnegan.com<br>         mark.feldstein@finnegan.com<br>         danielle.duszczyszyn@finnegan.com<br><br>Nathaniel S. Edwards, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW<br> GARRETT & DUNNER, LLP<br>55 Cambridge Parkway<br>7th Floor<br>Cambridge, Massachusetts 02142-1215<br>Telephone: 617-452-1600<br>Facsimile: 617-452-1666<br>E-Mail: nathaniel.edwards@finnegan.com |

Stephen G. Harvey
Charles S. Marion
PEPPER HAMILTON LLP
3000 Two Logan Square
Philadelphia, PA 19103
Telephone:  215-981-4000
Facsimile:   215-981-4750
E-Mail: harveys@pepperlaw.com
       marionc@pepperlaw.com

Attorneys for Defendant
Avid Radiopharmaceuticals