IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC. | : | CIVIL ACTION |
| v. | : | |
| AVID RADIOPHARMACEUTICALS, et al | : | NO. 10-6908 |

## JURY VERDICT

FILED
APR 23 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### Question No. 1.

Did the University of South Florida knowingly and intentionally waive its ownership rights to the Swedish mutation invention?

Yes _____  No __X__

Proceed to Question No. 2

### Question No. 2.

Was Michael Mullan the sole inventor of the Swedish mutation invention?

Yes _____  No __X__

If your answer is yes, your deliberations are complete.

If your answer is no, proceed to answer Question 3.

### Question No. 3.

Was John Hardy a co-inventor of the Swedish mutation invention?

Yes __X__  No _____

Date: 4/20/12

_____
Foreperson