IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC. | : | CIVIL ACTION |
| v. | : | |
| AVID RADIOPHARMACEUTICALS, and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, Defendants | : | |
| and | : | NO. 10-6908 |
| UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, Intervenor | : | |

## ORDER

**AND NOW**, this 2nd day of May, 2012, this action having been tried by a jury and the jury having rendered a verdict with answers to written questions (Document No. 278), it is **ORDERED** that pursuant to Fed. R. Civ. P. 58(b)(2), **JUDGMENT** is entered in favor of the defendants Avid Radiopharmaceuticals and the Trustees of the University of Pennsylvania against the plaintiff Alzheimer's Institute of America, Inc.

                                                       /s/Timothy J. Savage
                                                       TIMOTHY J. SAVAGE,  J.