**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALZHEIMER'S INSTITUTE** | : | **CIVIL ACTION** |
| **OF AMERICA, INC.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVID RADIOPHARMACEUTICALS,** | : | **NO. 10-6908** |
| *et al.* | : | |

## ORDER

**AND NOW**, this 1st day of July, 2013, upon consideration of Alzheimer's Institute

of America, Inc.'s Renewed Motion for Judgment as a Matter of Law or, in the Alternative,

a New Trial (Document No. 315), the defendants' and the intervenor's responses, and after

oral argument, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.