# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALZHEIMER'S INSTITUTE OF AMERICA, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AVID RADIOPHARMACEUTICALS,** *et al.* | : | **NO. 10-6908** |

## ORDER

**AND NOW**, this 1st day of July, 2013, upon consideration of Alzheimer's Institute of America, Inc.'s Renewed Motion for Judgment as a Matter of Law or, in the Alternative, a New Trial (Document No. 315), the defendants' and the intervenor's responses, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

     /s/ Timothy J. Savage
     TIMOTHY J. SAVAGE, J.