IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AVID RADIOPHARMACEUTICALS, *et al.* | : | NO. 10-6908 |

## ORDER

**AND NOW**, this 1st day of July, 2013, upon consideration of the University of South Florida Board of Trustees' Motion to Amend the Pleadings (Document No. 276), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.