IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AVID RADIOPHARMACEUTICALS and THE )<br>TRUSTEES OF THE UNIVERSITY OF )<br>PENNSYLVANIA, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>UNIVERSITY OF SOUTH FLORIDA BOARD OF )<br>TRUSTEES, )<br>)<br>Intervenor. ) | Civil Action No. 2:10-cv-6908-TJS |

## ORDER

AND NOW, on this 9th day of September, 2013, this action having been tried by a jury and the jury having rendered a verdict with answers to written questions (Document No. 278), it is **ORDERED** that pursuant to Fed. R. Civ. P. 58(b)(2), **JUDGMENT having been entered** on the claims of Plaintiff Alzheimer's Institute of America, Inc., in favor of the defendants Avid Radiopharmaceuticals and the Trustees of the University of Pennsylvania against Plaintiff Alzheimer's Institute of America, Inc., there being no just reason for delay, the Court enters Final Judgment on those claims pursuant to Fed. R. Civ. P. 54(b).

BY THE COURT:

_____
TIMOTHY J. SAVAGE, U.S.D.J.