**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALZHEIMER'S INSTITUTE** | : | **CIVIL ACTION** |
| **OF AMERICA, INC.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVID RADIOPHARMACEUTICALS,** | : | **NO. 10-6908** |
| *et al.* | : | |

## ORDER

**AND NOW**, this 30th day of March, 2015, upon consideration of The Trustees of the

University of Pennsylvania's Motion for an Award of Attorney's Fees Under 35 U.S.C. § 285

(Document No. 299), the plaintiff's response, and after oral argument, it is **ORDERED** that

the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the amount of reasonable attorney's fees incurred

by the defendant in litigating this action shall be determined after submission of the Special

Master's report.


        /s/Timothy J. Savage
        TIMOTHY J. SAVAGE,  J.