# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALZHEIMER'S INSTITUTE OF AMERICA, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AVID RADIOPHARMACEUTICALS,** *et al.* | : : | **NO. 10-6908** |

## ORDER

**AND NOW**, this 30th day of March, 2015, upon consideration of Avid Radiopharmaceuticals' Motion for Attorney's Fees Under 35 U.S.C. § 285 (Document No. 302), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the amount of reasonable attorney's fees incurred by the defendant in litigating this action shall be determined after submission of the Special Master's report.

          /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.