### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC. | : | CIVIL ACTION |
| v. | : | |
| AVID RADIOPHARMACEUTICALS, et al | : | NO. 10-6908 |

### ORDER

**NOW**, this 23rd day of March, 2016, upon consideration of AIA America, Inc.'s Motion for Review of Clerk's Taxation of Costs (Doc. No. 411), Avid Radiopharmaceuticals' Motion for Review of Clerk's Taxation of Costs (Doc. No. 412), the respective responses and the replies, it is **ORDERED** as follows:

1. AIA America, Inc.'s Motion for Review of Clerk's Taxation of Costs (Doc. No. 411) is **GRANTED IN PART** and **DENIED IN PART**;

2. Avid Radiopharmaceuticals' Motion for Review of Clerk's Taxation of Costs (Doc. No. 412) is **DENIED**; and

3. Costs are taxed in favor of Avid Radiopharmaceuticals in the amount of $53,533.76.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.