## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALZHEIMER'S INSTITUTE OF AMERICA, INC.** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **AVID RADIOPHARMACEUTICALS, et al** | : : | **NO. 10-6908** |

### ORDER

**NOW**, this 17th day of August, 2016, upon consideration of the Report and Recommendation of the Special Master (Document No. 417) filed by Honorable Gene D. Cohen as Special Master, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The objections of Alzheimer's Institute of America, Inc., and Avid Radiopharmaceuticals are **OVERRULED**;

2. The Report and Recommendation of the Special Master is **APPROVED** and **ADOPTED**;

3. No later than **August 31, 2016**, Avid Radiopharmaceuticals shall compensate Judge Gene D. Cohen (retired) in the amount of $72,216.00 for his service as Special Master.

                                                    /s/ Timothy J. Savage
                                                    TIMOTHY J. SAVAGE, J.