# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-2647

**AIA AMERICA, INC., fka Alzheimer's Institute of America, Inc.,**

*Plaintiff - Appellant*

v.

**AVID RADIOPHARMACEUTICALS,**

*Defendant - Appellee*

**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,**

*Defendants*

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 2:10-cv-06908-TJS United States District Judge Timothy J. Savage

## MANDATE

In accordance with the judgment of this Court, entered August 10, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $390.32 were determined and taxed against the appellant.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court